UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-5133 BHS |
| Plaintiff, | ORDER |
| v. | |
| HERBERT SANFORD, | |
| Defendant. | |

THIS MATTER is before the Court on Probation's request for early termination of defendant Herbert Sanford's supervised release. Dkt. 165.

In 2018, following Sanford's guilty plea to conspiracy to distribute oxycodone, this Court sentenced him to 80 months of imprisonment and three years of supervision. Dkt. 94. His supervision began on July 3, 2023, and is set to expire on July 2, 2026. Dkt. 161.

In April 2025, Sanford sought early termination of his supervision. Dkt. 159. The Court denied the request, but stated Sanford could renew his motion by August 1, 2025, if he remained compliant with the conditions of his supervision. Dkt. 164.

ORDER - 1

Probation moves for early termination of Sanford's supervision. Dkt. 165. It contends Sanford has had a positive adjustment to supervision, has been compliant with the conditions of his supervision, and has a stable housing situation.

The Government does not oppose the request based on Probation's representations and his recent compliance with terms of supervision. Dkt. 166.

The Court concludes early termination of Sanford's supervision is appropriate. Compliance with the conditions of supervised release for an extended period demonstrates rehabilitation and the possibility of early termination provides incentive to defendants to do well on supervision. The Court commends Sanford on his compliance with the terms of his supervision and achieving a stable community environment.

Probation's request for early termination of Sanford's supervision is **GRANTED**.

**IT IS SO ORDERED.**

Dated this 21st day of August, 2025.

BENJAMIN H. SETTLE
United States District Judge